B9I (Official Form 9I) (Chapter 13 Case) (12/12)     Case Number **13–40871**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

# Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/2/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Lee Hobson II<br>4605 Manor Way<br>Flower Mound, TX 75028 | Deborah Ann Hobson<br>4605 Manor Way<br>Flower Mound, TX 75028 |
| Case Number:<br>13–40871 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–0350<br>xxx–xx–4263 |
| Attorney for Debtor(s) (name and address):<br>Nathanael Steven Graham<br>The Wright Firm, L.L.P.<br>8150 N. Central Expressway<br>Suite 775<br>Dallas, TX 75206<br>Telephone number: 469–635–6900 | Bankruptcy Trustee (name and address):<br>Janna L. Countryman<br>P. O. Box 941166<br>Plano, TX 75094–1166<br>Telephone number: (972) 943–2580 |

## Meeting of Creditors

Date: **May 23, 2013**      Time: **03:00 PM**
Location: **Plano 341 Meeting, 500 North Central Expressway, Suite 380, Plano, TX 75074**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **8/21/13**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **9/30/13**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/22/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan will be sent separately. The hearing on confirmation will be held:
Date: **6/26/13**, Time: **09:30 AM**, Location: **Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074**

**Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

SEND CORRESPONDENCE TO: JANNA L. COUNTRYMAN, TRUSTEE, P. O. BOX 941166, PLANO, TX 75094–1166
SEND PAYMENTS TO: JANNA L. COUNTRYMAN, STANDING CHAPTER 13 TRUSTEE, P.O. BOX 628, TYLER, TX 75710

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |

| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 4/23/13 |

# EXPLANATIONS

B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.txeb.uscourts.gov/bkforms.html) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

```
                       United States Bankruptcy Court
                         Eastern District of Texas
In re:                                                    Case No. 13-40871-btr
Robert Lee Hobson, II                                     Chapter 13
Deborah Ann Hobson
         Debtors
                           CERTIFICATE OF NOTICE
District/off: 0540-4          User: carterl             Page 1 of 2             Date Rcvd: Apr 23, 2013
                              Form ID: B9i              Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
db/jdb       +Robert Lee Hobson, II,    Deborah Ann Hobson,    4605 Manor Way,    Flower Mound, TX 75028-3144
aty          +Michael Weems,    Hughes Watters Askanase,    333 Clay, 29th Floor,    Houston, TX 77002-2571
aty          +Patti H. Bass,    Bass & Associates,    3936 E. Ft. Lowell Rd. Suite 200,    Tucson, AZ 85712-1083
tr            Janna L. Countryman,    P. O. Box 941166,    Plano, TX 75094-1166
cr           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
6511615      +Bank Of America,    Po Box 982235,    El Paso, TX 79998-2235
6511616      +Cap1/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
6511618      +Everhome Mortgage,    P.O. Box 2167,    Jacksonville, FL 32232-0004
6511619      +Hyundai Finc,    Attn: Bankruptcy,    POB 20809,    Fountain Valley, CA 92728-0809
6511621       Janna L. Countryman,    Standing Chapter 13 Trustee,    PO Box 941166,    Plano, TX 75094-1166
6511623      +The Wright Firm, L.L.P.,    8150 N. Central Expressway,    Suite 775,    Dallas, Texas 75206-1841
6511625       United States Attorney's Office,    110 North College Avenue, Suite 700,    Tyler, Texas 75702-0204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: nathan@thewrightlawyers.com Apr 24 2013 04:17:51     Nathanael Steven Graham,
                The Wright Firm, L.L.P.,   8150 N. Central Expressway,    Suite 775,   Dallas, TX   75206
ust          +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Apr 24 2013 04:30:28     US Trustee,
                Office of the U.S. Trustee,   110 N. College Ave.,    Suite 300,   Tyler, TX 75702-7231
6511614      +EDI: BECKLEE.COM Apr 24 2013 03:28:00      American Express,   PO Box 3001,
                16 General Warren Blvd,   Malvern, PA 19355-1245
6511617      +EDI: CITICORP.COM Apr 24 2013 03:28:00      Citibank Sd, Na,   Attn: Centralized Bankruptcy,
                PO Box 20363,   Kansas City, MO 64195-0363
6511620       EDI: IRS.COM Apr 24 2013 03:28:00      Internal Revenue Service,   PO Box 21126,
                Philadelphia, PA 19114
6511622      +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Apr 24 2013 04:30:28     Office of the U.S. Trustee,
                110 N. College Ave.,   Suite 300,   Tyler, TX 75702-7231
6520520      +EDI: PHINRJMA.COM Apr 24 2013 03:28:00      Rjm Acquisitions Funding Llc,
                575 Underhill Blvd, Suite 224,   Syosset, NY 11791-4437
6511624       EDI: TFSR.COM Apr 24 2013 03:28:00      Toyota Mtr,   Toyota Financial Services,   PO Box 8026,
                Cedar Rapids, IA 52408
6522109       EDI: TFSR.COM Apr 24 2013 03:28:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            EverBank
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**          **Signature:**   *Joseph Speetjens* (signature)

```
District/off: 0540-4          User: carterl              Page 2 of 2                  Date Rcvd: Apr 23, 2013
                              Form ID: B9i               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2013 at the address(es) listed below:

```
          Janna L. Countryman    ECFch13plano@ch13plano.com
          Michael  Weems    on behalf of Creditor   EverBank mlw@hwa.com
          Nathanael Steven Graham    on behalf of Debtor Robert Hobson nathan@thewrightlawyers.com,
           leticia@thewrightlawyers.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 5
```